815 A.2d 557

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Jay Ira BOMZE, Respondent.**

**No. 800 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Dec. 12, 2002.

*ORDER*

PER CURIAM:

AND NOW, this 12th day of December, 2002, there having been filed with this Court by Jay Ira Bomze his verified

Statement of Resignation dated November 1, 2002, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Jay Ira Bomze be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.